court, dated July 15, 1968, granted. Order and decision (30 A D 2d 845) of this court, both dated July 15, 1968, amended to indicate that the reversal of the judgment of the County Court, Nassau County, rendered April 7, 1967, was on the law alone instead of on the law and the facts. Christ, Acting P. J., Brennan, Rabin, Munder and Martuscello, JJ., concur.

## FIRST DEPARTMENT, JANUARY, 1969

### (January 9, 1969)

■ In the Matter of CESAR A. FERRER. NEW YORK CITY HOUSING AUTHORITY.— Motion to dismiss proceeding granted, with $10 costs. Concur — Stevens, P. J., Eager, Steuer and Capozzoli, JJ.

### (January 14, 1969)

■ In the Matter of ERNEST KLEIN, Petitioner, v. FRANCIS T. MURPHY, JR., as a Justice of the Supreme Court of the State of New York, County of New York, Respondent.— Application for an order restraining and prohibiting enforcement of the provisions of an injunction order made on July 10, 1968 unanimously denied and the proceeding dismissed, without costs or disbursements. No opinion. Concur — Stevens, P. J., Eager, Steuer, Capozzoli and Tilzer, JJ.

■ SUCREST CORPORATION v. FISHER GOVERNOR COMPANY, INC., et al.— Motion for a stay granted, on condition that the appeal be perfected for the March 1969 Term of this court. Concur — Stevens, P. J., Eager, Steuer, Capozzoli and Tilzer, JJ.

### (January 16, 1969)

■ In the Matter of FRANK A. LOPEZ, Petitioner, v. JUDGES OF THE SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY, Severally and Individually, et al., Respondents.— Petition unanimously dismissed, without costs, or disbursements on authority of Matter of Bloeth v. Marks (20 A D 2d 372). Concur — Stevens, P. J., Eager, Steuer, Capozzoli and Tilzer, JJ.